UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Nakiri S. Cisero,

    Plaintiff,

vs.	Case No.  3:05-cv-1105-J-32MCR

Wal-Mart, Inc., et al.,

    Defendants.
_____/

## **O R D E R**

    **THIS CAUSE** is before the Court on Plaintiff's Motion to Seal Documents filed April 27, 2006.  Plaintiff is attempting to file medical records, however, the Court is not certain to what they pertain.  Accordingly, the Court will temporarily grant Plaintiff's request to file the records under seal and will require Plaintiff to file a notice indicating why she seeks to file these medical records.  Plaintiff shall file this notice no later than **Friday, May 5, 2006**.  Failure to respond will result in the documents being returned to Plaintiff.

    **DONE AND ORDERED** in Chambers in Jacksonville, Florida this  28th  day of April, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
*Pro Se* Plaintiff