UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Nakiri S. Cisero,

    Plaintiff,

vs.   Case No.  3:05-cv-1105-J-32MCR

Wal-Mart, Inc., et al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant, Wal-Mart, Inc.'s Motion for Extension of Time (Doc. 92) filed December 11, 2006.  On November 29, 2006, the Court ordered Wal-Mart to provide Plaintiff with the last known addresses for three individuals.  (Doc. 89).  The Order further required Plaintiff to demonstrate service of process on these individuals no later than January 10, 2007.  Id.  According to Wal-Mart, it has been unable to locate the personnel file of one of the individuals and therefore, seeks a two-week extension until December 26, 2006 in which to produce the address.  (Doc. 92).

Rule 6 of the Federal Rules of Civil Procedure permits court discretion to enlarge periods of time set forth under other rules.  Specifically, Rule 6 provides:

> the court for cause shown may at any time in its discretion
> (1) with or without motion or notice order the period enlarged
> if request therefor is made before the expiration of the period
> originally prescribed or as extended by a previous order . . .

Fed.R.Civ.P. 6(b).  Pursuant to the Court's November 29, 2006 Order, Wal-Mart was to provide the addresses no later than December 11, 2006.  As Wal-Mart filed the instant motion on December 11, 2006, it was filed prior to the expiration of the time assigned by the Court.  Furthermore, the Court is satisfied Wal-Mart has shown sufficient cause to permit an enlargement of time.  As such, the Court will grant Wal-Mart an extension of time until **Tuesday, December 26, 2006** in which to provide Plaintiff with the address for Pamela Williams.  Plaintiff is likewise provided an extension of time until **Friday, January 26, 2007**, in which to demonstrate service of process on the three individuals.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this   12th   day of December, 2006.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party