**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NAKIRI S. CISERO,

        Plaintiff,

vs.                                               Case No. 3:05-cv-1105-J-32MCR

WAL-MART, INC., et al.,

        Defendants.

_____

**ORDER**[1]

This case is before the Court on defendant Greg Ley's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 99). Plaintiff, who is proceeding pro se, filed a response in opposition (Doc. 109). The Court entered two earlier Orders (Docs. 78, 96) on motions to dismiss filed by defendants who plaintiff alleged were liable under 42 U.S.C. § 1981 in their supervisory capacities and the Court adopts by reference the reasoning and analysis of those decisions. Now, upon review, the Court finds the allegations against Greg Ley in plaintiff's second amended complaint do not support a claim for supervisory liability pursuant to 42 U.S.C. § 1981 as the allegations against him fail to tie any of his alleged actions to any protected activity by plaintiff. See Burlington N. & Sante Fe Ry. Co. v. White, 126 S.Ct. 2405, 2411-15 (2006); Bass v. Board of County Comm'rs. Orange County, Fla., 256 F.3d 1095, 1117 (11th Cir. 2001). As plaintiff has had earlier opportunities to perfect her complaint, Greg Ley's Motion to Dismiss (Doc. 99) is due to be granted and he is hereby

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

dismissed from this case with prejudice.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of July, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record
pro se plaintiff